JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

21 CR 047 JDP

**Place of Offense:**

City: Wausau
County/Parrish: Marathon

co-defendants: Levi Bagne, Cory Freyermuth, TJ Myers, Krista Sparks, and Amy Pehlke

**Related Case Information:**

Superseding: ___
Same Defendant: ___
Magistrate Judge Case Number: 19-mj-106
Search Warrant Case Number: ___
R 20 / R40 from District of: ___
Docket Number: ___
New Defendant: ___

*2021 MAY 12 PM 12:02 REC'D/FILED PETER OPPENEER CLERK US DIST COURT WD OF WI*

**Defendant information:**

Matter to be Sealed: ✓ Yes    ___ No
Def. Name: Matthew White
Alias Name:
City/State: Merrill, WI
Year of Birth: 1985
Last 4 digits of SSN: 2032
Sex: Male
Race: White

**U.S. Attorney Information:**

AARON D. WEGNER    Bar #:
Interpreter: ✓ No  ___ Yes    List language and/or dialect:

**Location Status:**

Arrest Date:
___ Already in Federal Custody as of: ___ in ___
✓ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 2    ___ Petty    ___ Misdemeanor    ✓ Felony
                                      ___ Class A
                                      ___ Class B
                                      ___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession with intent to distribute methamphetamine | 4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: May 12, 2021    Signature /s/    AARON D. WEGNER